# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARNELL DUKES, | CASE NO: 1:12-cv-00941-GBC (PC) |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE FURTHER EXHIBITS TO COMPLAINT |
| v. | |
| K. HARRINGTON, et al, | Doc. 5 |
| Defendants. | THIRTY DAY DEADLINE |

On June 11, 2012, Plaintiff Darnell Dukes ("Plaintiff"), a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983. Doc. 1. Plaintiff's complaint is fourteen (14) pages with fifty-two (52) pages of exhibits, for a total of sixty-six (66) pages. *Id.* On July 2, 2012, Plaintiff filed a motion for extension of time to file further exhibits to his complaint. Doc. 5. In Plaintiff's motion, he states that he received a copy of his complaint from the Court and his exhibits were not attached. *Id.* Plaintiff alleges tampering with his complaint by prison staff. *Id.* The Court notes that Plaintiff's complaint is already sixty-six (66) pages including fifty-two (52) pages of exhibits, but the Court will permit Plaintiff to attach further exhibits if Plaintiff desires to do so. The Court HEREBY GRANTS Plaintiff's motion for extension of time to file further exhibits to his complaint.

Plaintiff has **thirty (30) days** from the date of service of this order in which to file further exhibits to his complaint.

IT IS SO ORDERED.

Dated:   July 3, 2012

UNITED STATES MAGISTRATE JUDGE